```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

SCOTT CAWTHON,

                                22-cv-3015 (JGK)

                Plaintiff,

                                <u>ORDER</u>

    - against -

QINBOJING,

                Defendant.

JOHN G. KOELTL, District Judge:

    The conference scheduled for July 6, 2022, is canceled. The plaintiff is reminded that the plaintiff must serve the defendant with the summons and the complaint within 90 days after the complaint was filed. <u>See</u> Fed. R. Civ. P. 4(m).

**SO ORDERED.**

Dated:    New York, New York
            June 30, 2022

                                          John G. Koeltl
                                 United States District Judge