```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────

SCOTT CAWTHON,

               Plaintiff,

    - against –

QINBOJING.

               Defendant.

22-cv-3015 (JGK)

<u>ORDER</u>

─────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

The plaintiff should obtain a certificate of default from the Clerk and proceed with an order to show cause in accordance with this Court's rules.

**SO ORDERED.**

Dated:    New York, New York
            September 1, 2022

                                    /s/ John G. Koeltl
                                       John G. Koeltl
                           United States District Judge