UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SCOTT CAWTHON,

                Plaintiff,

                                                                         22 civ 3015 (JGK)

        -against-

QINBOJING,

                Defendant.
------------------------------------------------------------X

## ORDER

An application for default already having been submitted,

The conference scheduled for April 19, 2023, at 12:00pm, is canceled..

**SO ORDERED.**

                                                      **JOHN G. KOELTL**
                                        **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       April 10, 2023