UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SCOTT CAWTHON,

                      Plaintiff,

    - against -

QINBOJING,

                      Defendant.

---

22-cv-3015 (JGK)

<u>ORDER</u>

**JOHN G. KOELTL, District Judge:**

    The Court is in receipt of the plaintiff's proposed order to show cause for a default judgment against the defendant, as well as the supporting affidavit and other related materials. ECF Nos. 23-25. However, certain items required pursuant to Local Rule 55.2 are missing from the submission.

    Local Rule 55.2 provides that after the Clerk of Court has issued a certificate of default, a plaintiff seeking a default judgment must submit (1) that signed certificate of default, (2) "a copy of the claim to which no response has been made," and (3) "a proposed form of default judgment" to the Court along with the other default judgment papers. <u>See</u> S.D.N.Y. Local Civil Rule 55.2(b)(1). The plaintiff's submission in this case is missing the first two items, namely the signed certificate of default (ECF No. 21) and a copy of the claim to which no response has been made.

    Accordingly, the plaintiff is directed to submit a revised affidavit with both the signed certificate of default and a copy

of the claim attached, and to amend the affidavit to reflect the submission of these required materials, by **April 27, 2023**.

**SO ORDERED.**

**Dated:** New York, New York
April 20, 2023

*/s/ John G. Koeltl*
John G. Koeltl
United States District Judge

2