UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SCOTT CAWTHON,

                Plaintiff,

- against -

QINBOJING,

                Defendant.

---

22-cv-3015 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

On February 17, 2023, the Clerk of Court issued a certificate of default against the defendant. ECF No. 21. On May 2, 2023, the Court entered an order to show cause why a default judgment should not be entered against the defendant. ECF No. 28. The plaintiff served the order to show cause on the defendant on May 4, 2023. ECF No. 29. The deadline for the defendant to respond to the order to show cause was May 19, 2023, ECF No. 28, but to date, the defendant has failed to respond. Accordingly, the plaintiff is entitled to a default judgment against the defendant. The case is referred to the Magistrate Judge for an inquest to determine the appropriate damages to be awarded, as well as any other provisions of an appropriate judgment.

SO ORDERED.

Dated:    New York, New York
             June 2, 2023

                                            John G. Koeltl
                                      United States District Judge