UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

SCOTT CAWTHON,

                Plaintiff,

   - against -

QINBOJING,

               Defendant.
_____

22-cv-3015 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The Court has received the Report and Recommendation of Magistrate Judge Wang dated October 15, 2024 recommending the appropriate judgment to be entered after the inquest following this Court's determination that a default judgment should be entered in this case. No objections have been filed and the time for filing objections has passed. In any event, the Court finds that the Report and Recommendation is thorough, well-reasoned, and should therefore be adopted.

    Accordingly, the Court directs the Clerk to enter judgment in favor of the plaintiff and against the defendant in accordance with the conclusion at page 21 of the Report and Recommendation. The Clerk should also close any open motions and close the case.

**SO ORDERED.**

Dated:    New York, New York
            November 4, 2024

                                        _____
                                            John G. Koeltl
                                 United States District Judge