UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SCOTT CAWTHON,

                Plaintiff,                          22 **CIVIL** 3015 (JGK)(OTW)

      -against-                                 **<u>JUDGMENT</u>**

QINBOJING,

                Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 04, 2024, the Court finds that the Report and Recommendation is thorough, well-reasoned, and should therefore be adopted. Accordingly, the judgment is entered in favor of the plaintiff and against the defendant in accordance with the conclusion at page 21 of the Report and Recommendation.  Plaintiff is awarded Damages in the amount of $25,000.00, Attorneys' fees in the amount of $10,809.78 and the costs is $402.00. Plaintiff also entitled to the post-judgment Interest from the date of the entry of the award until the date of the payment using federal rate as set forth in 28 U.S.C. § 1961 and the case is closed.

**Dated:**  New York, New York
          November 04, 2024

                                                                  **DANIEL ORTIZ**
                                                               **Acting Clerk of Court**

                          **BY:**

                                                             **Deputy Clerk**